AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:03-cr-36-T-30MSS |
| ANTONIO BURGOHY | USM Number: 40881-018 |
| | |
| | David Secular, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__  admitted guilt to violation of charge number(s) __ONE and TWO__ of the term of supervision.
_____  was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | New conviction for conduct, Conspiracy to Possess with Intent to Distribute MDMA, occurring on February 1, 2007, while on supervision in violation of the conditions of supervision (Grade A Violation) | February 1, 2007 |
| TWO | Travel outside the district without permission in violation of Condition One Of the Standard Conditions of Supervision (Grade C Violation) | February 1, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 2, 2007
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

16 Aug 2007
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

| | | | |
|---|---|---|---|
| DEFENDANT: | ANTONIO BURGOHY | Judgment - Page   2   of   2 | |
| CASE NUMBER: | 8:03-cr-36-T-30MSS | | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWELVE (12) MONTHS**. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment or as yet to be imposed in any future sentence in Docket Number(s) 8:07-cr-55-T-30MSS, Middle District of Florida, Tampa Division. Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

\_\_\_\_  The Court makes the following recommendations to the Bureau of Prisons:

  X    The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_  The defendant shall surrender to the United States Marshal for this district:

  \_\_\_ at _____ a.m.   p.m.   on _____.

  \_\_\_ as notified by the United States Marshal.

\_\_\_\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  \_\_\_ before 2 p.m. on _____.

  \_\_\_ as notified by the United States Marshal.

  \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL